UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

------------------------------------------------- x

JOHN COLUMBUS;
    plaintiff

NO.: 3:05cv138(WWE)

v.

BOARD OF EDUCATION, AMITY
REGIONAL SCHOOL DISTRICT #5,
ET AL
    defendants.

------------------------------------------------- x    JUNE 10, 2005

## PLAINTIFF, JOHN COLUMBUS'S
## NOTICE OF DISMISSAL

The plaintiff, John Columbus (Columbus), hereby files its Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41 (a)(1)(i). Columbus submits the following:

1.    The plaintiff, Columbus filed a lawsuit dated December 28, 2004 against the defendant, Carole W. Briggs and eight other defendants in the Superior Court for the J.D. of New Haven, Connecticut.

2.    On January 25, 2005, the defendants, Board of Education, Amity Regional School District #5, Rolfe W. Werner, Michael Lohne, Russell Faroni and Angelo DiRienzo removed this action from the Superior Court of Connecticut, J.D. of New Haven to the United States District Court.

3. The plaintiff, Columbus and the defendant, Briggs have reached an amicable settlement of the claims against Briggs. Although Columbus has yet to receive a signed release from Briggs, Columbus is voluntarily dismissing this action against Briggs.

4. The Defendant, Briggs, has been served with process and has not filed an answer or a motion for summary judgment.

5. This case is not a class action.

6. A receiver has not been appointed in this action.

7. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

8. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is with prejudice.

THE PLAINTIFF
JOHN COLUMBUS

By /s/
Stuart A. Margolis, Esquire
Federal Bar No: ct 08803
BERDON, YOUNG & MARGOLIS, P.C.
132 Temple Street
New Haven, Connecticut 06510
(203) 772-3740
stumargolis@snet.net

## CERTIFICATION

I hereby certify that on June 17, 2005, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

Anthony Nuzzo, Jr., Esquire
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410

Daniel C. DeMerchant, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Trudie R. Hamilton, Esquire
Fatima Lahnin, Esq.
Carmody & Torrance
50 Leavenworth St.
Waterbury, CT 06721

Mark T. Altermatt, Esquire
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Stuart A. Margolis, Esquire
Federal Bar No: ct 08803
BERDON, YOUNG & MARGOLIS, P.C.
132 Temple Street
New Haven, Connecticut 06510
(203) 772-3740
stumargolis@snet.net

F:\WP\423002\108\Notice of dismissal 06 10 05.doc

## CERTIFICATION

I hereby certify that on June 22, 2005, the foregoing Notice of Dismissal was mailed, postage prepaid, to:

Stuart A. Margolis, Esq.
Berdon, Young & Margolis, P.C.
132 Temple Street
New Haven, CT 06510

Daniel C. DeMerchant, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Trudie R. Hamilton, Esq.
Fatima Lahnin, Esq.
Carmody & Torrance
50 Leavenworth St.
Waterbury, CT 06721

Mark T. Altermatt, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

By_____
Anthony Nuzzo, Jr.
Federal Bar No: ct 05397
NUZZO & ROBERTS, L.L.C.
One Town Center
P.O. Box 747
Cheshire, Connecticut 06410
(203) 250-2000

\\fp\nuzzo\WP\423002\108\Certification for Notice of Dismissal 06 22 05.doc