UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOHN COLUMBUS

      v.                                3:05CV138(WWE)

AMITY REGIONAL BOARD OF
EDUCATION, ROLFE WENNER,
SANTO GALTIOTO, STEVEN
LEDEWITZ, MICHAEL LOHNE,
RUSSELL FARONI, ANGELO
DIRIENZO, AND SERVICE MASTER

## J U D G M E N T

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of defendant Service Master's motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on August 11, 2008, a Ruling was filed granting the motion.

The parties have reported that this action has been settled in full as to the remaining defendants. Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file. The plaintiff may file closing papers as to the remaining defendants within 30 days of this ruling's filing date.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant Service Master and the case is closed.

Dated at Bridgeport, Connecticut, this 14th day of August, 2008.

                                            ROBERTA D. TABORA, Clerk

                                            By       /s/
                                                      Deborah A. Candee
                                                         Deputy Clerk

Entered on Docket _____